# Johnson *v.* Alabama Great Southern Railroad Co.

## *Action against Common Carrier.*

1. *Action against common carrier.*—In an action against a common carrier for failure to deliver stock, where there is no evidence shown that the plaintiff ever paid the defendant anything for the transportation of the stock, the plaintiff can not complain, upon judgment being rendered in his favor and his damages being assessed as one dollar, that such judgment was not rendered for the amount paid by him for the transportation of the stock.

APPEAL from the City Court of Gadsden.

Tried before the Hon. JOHN H. DISQUE.

This action was brought by the appellant, Thomas L. Johnson, against the appellee, the Alabama Great Southern Railroad Company, to recover damages for the failure on the part of the defendant to deliver certain live stock, which the defendant had received as a common carrier, to be delivered to the plaintiff at Meridian, Mississippi, for a reward, at the request of the plaintiff.

From a judgment in favor of the defendant, the plaintiff appeals. The only question reviewed on the present appeal is sufficiently shown in the opinion.

GEORGE D. MOTLEY, for appellant, cited *Buist v. Guice,* 96 Ala. 255; *Cawthorn v. Lusk.* 97 Ala. 674.

No briefs came to Reporter for appellee.

DOWDELL, J.—This cause was tried by the city court without the intervention of a jury, and a judgment was rendered in favor of the plaintiff, assessing his damages at one dollar, from which the plaintiff now prosecutes this appeal. The only insistence in argument by the plaintiff is, that the city court erred in not rendering judgment in his favor for the amount paid by him for

the transportation of the stock from Gadsden, Alabama, to Meridian, Miss.

There was no evidence, so far as the bill of exceptions in the case discloses, that the plaintiff ever paid the defendant one cent for the transportation of the stock. The bill of lading set out in the record shows the "charges" for transportation, but there is no evidence that the charges were paid.

We find no error in the judgment rendered, and it will be affirmed.